# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| | |
|---|---|
| Case No. | **CV 05-4158-JFW (VBKx)** |
| Date | December 5, 2006 |
| Title: | Nikko Materials USA, Inc. dba Gould Electronics -v- Navcom Defense Electronics, Inc., et al. |

Present: The Honorable   **JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| SHANNON REILLY | VICTORIA VALINE<br>PAM SEIJAS |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David N. Goulder<br>David L. Blount<br>Richard S. Yugler<br>Jennifer L. Gates | Thomas M. Abbott<br>Susan A. Mitchell<br>David J. Ginsberg<br>Joseph F. Butler |

X   Day 1 Court Trial

X   Witnesses called, sworn and testified.

X   Exhibits identified

X   Exhibits admitted

X   Defendant's Motion in Limine No. 1 for an Order Precluding Plaintiff from Introducing into Evidence Any Exhibits, or Related Testimony, Regarding Plaintiff's Ongoing and Anticipated Efforts to Remediate the Eastern El Monte Operable Unit ("EMOU"), Including Any Revisions to the Regional Groundwater Remediation Model Prepared By Geosyntec, That Were Not Disclosed or Produced to Defendant Pior to September 30, 2006, the Court Ordered Discovery Cutoff in this Case [Fld 11/13/06] is **Denied** for the reasons stated on the record.

X   Case continued to: December 6, 2006 at 8:30 a.m.



DOCKETED ON CM
DEC 1 4 2006
BY _____ 021

___ hours
Initials: sr

372