# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Send ☑
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| | | | |
|---|---|---|---|
| Case No. | **CV 05-4158-JFW (VBKx)** | Date | December 6, 2006 |
| Title: | Nikko Materials USA, Inc. dba Gould Electronics -v- Navcom Defense Electronics, Inc., et al. | | |

Present: The Honorable **JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| SHANNON REILLY | VICTORIA VALINE / PAM SEIJAS |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David N. Goulder | Thomas M. Abbott |
| David L. Blount | Susan A. Mitchell |
| Richard S. Yugler | David J. Ginsberg |
| Jennifer L. Gates | Joseph F. Butler |

X   Day 2 Court Trial

X   Witnesses called, sworn and testified.

X   Exhibits identified

X   Exhibits admitted

X   Plaintiff's Motion in Limine No. 2 to Exclude Any Reference To, or Evidence Of, Any Settlement Payments, Other Amounts or in Kind Contributions Plaintiff Has Obtained from Any Third Parties under Any Agreements Other than the Consent Decree. [fld 11/13/06] is **Granted in Part and Denied in Part** for reasons stated on the record.

X   Plaintiff's Motion in Limine No.1 to Exclude Any Reference To, or Evidence Of, Any Negotiations Relating To, or Agreements Between Gould and Any Other Entity Allocating Liability for Releases from the Birtcher Site, Between Gould and Any Other Entity Allocating Liability for Releases from the Chadwick Site, and Between Gould and Johnson Controls. [Fld 10/27/06] is **Granted in Part and Denied in Part** for the reasons stated on the record

X   Plaintiff's Motion in Limine No. 3 to Exclude Any Reference To, or Evidence of Any Affirmative Defenses to Plaintiff's Second Claim for Relief and the Related Portion of Plaintiff's Third Claim for Relief, Including Any Affirmative Defenses Alleged in the Answer. [Fld 11/13/06] is **Granted in Part and Denied in Part** for the reasons stated on the record

X   Plaintiff's Motion in Limine No. 4 to Exclude Any Reference To, or Evidence Supporting All of Those Affirmative Defenses to the Extent Any of the Affirmative Defenses Alleged by NDE in its Answer Are Intended to Defeat Plaintiff's First Claim for Relief [Fld 11/13/06] is **Denied** for the reasons stated on the record

X   Case continued to: December 7, 2006 at 8:30 a.m.

DOCKETED ON CM
DEC 14 2006
BY ___ 021

8 hours
Initials: sr

373