1  RICHARD S. YUGLER, OSB 80416
     ryugler@lande-bennett.com
2  DAVID L. BLOUNT, OSB 80458
   dblount@landye-bennett.com
3  DAVID N. GOULDER, OSB 79496
     dgoulder@landye-bennett.com
4  LANDYE BENNETT BLUMSTEIN LLP
   3500 Wells Fargo Center
5  1300 SW Fifth Avenue
   Portland, Oregon 97201
6  T: (503) 224-4100/F: (503) 224-4133

7  Attorneys for Plaintiff
   **NIKKO MATERIALS USA, INC., dba GOULD**
8  **ELECTRONICS**

9  THOMAS M. ABBOTT (SBN 113288)
     tabbott@mckennalong.com
10 SUSAN A. MITCHELL (SBN 101114)
     smitchell@mckennalong.com
11 DAVID J. GINSBERG (SBN 239419)
     dginsberg@mckennalong.com
12 McKENNA LONG & ALDRIDGE LLP
   300 South Grand Avenue, 14th Floor
13 Los Angeles, CA  90071
   T: (213) 688-1000/F: (213) 243-6330
14
   Attorneys for Defendant
15 **NAVCOM DEFENSE ELECTRONICS, INC.**

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18

19 NIKKO MATERIALS USA, INC.,          CASE NO. CV 05-4158 JFW (VBKx)
20 dba, GOULD ELECTRONICS, INC.,
                                        **JOINT STIPULATION RE REPORT**
21            Plaintiff,                **AND RECOMMENDATION OF**
                                        **SPECIAL MASTER RE THE ISSUES**
22       v.                             **OF JUDGMENT FOR FUTURE**
                                        **RESPONSE COSTS AND**
23 NAVCOM DEFENSE                       **DEDUCTION FROM WQA CREDIT**
   ELECTRONICS, INC., a corporation;    **OF ATTORNEYS' FEES EXPENDED**
24 ERNEST JARVIS, an individual; and    **TO PROCURE WQA**
   HYRUM JARVIS, an individual,         **REIMBURSEMENT**
25
             Defendants.                COURTROOM   16
26                                       JUDGE:        Hon. John F. Walter
27                                       (Before John Leo Wagner, Special
28                                       Master)

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:17745565.1

PLEASE TAKE NOTICE that Plaintiff NIKKO MATERIALS USA, INC., dba, GOULD ELECTRONICS, INC. and Defendant NAVCOM DEFENSE ELECTRONICS, INC. hereby jointly stipulate and notify the Court that neither party will file any written objections to the Report and Recommendation of Special Master Re: The Issues of Judgment for Future Response Costs and Deduction from WQA Credit of Attorneys' Fees Expended to Procure WQA Reimbursement, issued by Special Master John Leo Wagner on May 2, 2010, and received by the parties on May 4, 2010.

Dated:    May 11, 2010

LANDYE BENNETT BLUMSTEIN LLP

By: _____
David L. Blount
David N. Goulder

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC., dba**
**GOULD ELECTRONICS**

Dated:    May 11, 2010

McKENNA LONG & ALDRIDGE LLP

By: _____
Thomas M. Abbott
Susan A. Mitchell
David J. Ginsberg

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS,**
**INC.**

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES
LA:17745565.1

JT. STIP. RE : SPECIAL MASTER'S REPORT &
RECOMMENDATION- CV 05-4158 JFW (VBKx)