David N. Goulder, OSB 79496
dgoulder@landye-bennett.com
David L. Blount, OSB 80458
dblount@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
T: (503) 224-4100/F: (503) 224-4133

Attorneys for Plaintiff
NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al.,<br><br>　　　　　　Defendants. | Case No.: CV05-4158-JFW (VBKx)<br><br>**JUDGMENT**<br><br>**Judge: Hon. John F. Walter**<br><br>**Declaratory Judgment Entered: April 26, 2007**<br><br>**Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008**<br><br>**9th Circuit Mandate: June 3, 2009** |

Pursuant to the Declaratory Judgment entered herein on August 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant

////////
////////
////////
//////

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --1

08518-018 658527

1  NavCom Defense Electronics, Inc. in the amount of $155,261.90, plus interest
2  thereon at the rate of $3.15 per diem from the date of entry of the judgment until
3  paid.

5     DATED this 23rd day of August, 2012.

     _____
     United States District Judge

10 IT IS SO STIPULATED:

12 LANDYE BENNETT BLUMSTEIN LLP          MCKENNA LONG & ALDRIDGE

14 By /s/ David N. Goulder                By /s/ David J. Ginsberg
     David N. Goulder                         David J. Ginsberg
     *Of Attorneys for Plaintiff*             *Of Attorneys for Defendant*
     *Nikko Materials USA, Inc., dba*         *NavCom Defense Electronics, Inc.*
     *Gould Electronics*