1  DAVID N. GOULDER (Oregon State Bar No. 79496)
    dgoulder@landye-bennett.com
2  DAVID L. BLOUNT (Oregon State Bar No. 80458)
    dblount@landye-bennett.com
3  LANDYE BENNETT BLUMSTEIN LLP
   3500 Wells Fargo Center
4  1300 SW Fifth Avenue
   Portland, Oregon 97201
5  Telephone:   (503) 224-4100
   Facsimile:   (503) 224-4133
6
   Attorneys for Plaintiff
7  **NIKKO MATERIALS USA, INC.,**
   **dba GOULD ELECTRONICS**
8
9  THOMAS M. ABBOTT (SBN 113288)
    tabbott@mckennalong.com
   SUSAN A. MITCHELL (SBN 101114)
10   smitchell@mckennalong.com
   DAVID J. GINSBERG (SBN 239419)
11   dginsberg@mckennalong.com
   McKENNA LONG & ALDRIDGE LLP
12 300 South Grand Avenue, 14th Floor
   Los Angeles, CA  90071
13 Telephone:   (213) 688-1000
   Facsimile:   (213) 243-6330
14
   Attorneys for Defendant
15 **NAVCOM DEFENSE ELECTRONICS, INC.**

16

17              **UNITED STATES DISTRICT COURT**

18             **CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba, GOULD ELECTRONICS, INC., | CASE NO. CV 05-4158 JFW (VBKx) |
| Plaintiff, | **JUDGMENT** |
| v. | Judge:  Hon. John F. Walter |
| NAVCOM DEFENSE ELECTRONICS, INC., a corporation; ERNEST JARVIS, an individual; and HYRUM JARVIS, an individual, | Declaratory Judgment Entered:   April 26, 2007 |
| Defendants. | Declaratory Judgment Affirmed   by Ninth Circuit:  August 19, 2008 |
| | 9th Circuit Mandate:  June 3, 2009 |

27

28

LA:17987659.1

1         Pursuant to the Declaratory Judgment entered herein on August 26, 2007,

2    and the stipulation of the parties hereto,

3         NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED

4    that:

5         Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA,

6    Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom

7    Defense Electronics, Inc. in the amount of $73,610.03, plus interest thereon at the

8    rate of $1.57 per diem from the date of entry of the judgment until paid.

9

10        DATED this __17__ day of October, 2012.

11

12                     John F. Walter /s/
     _____

13                     United States District Judge

14   IT IS SO STIPULATED:

15

16   LANDYE BENNETT BLUMSTEIN LLP     MCKENNA LONG & ALDRIDGE

17

18   By /s/ David Goulder_____     By /s/ David J. Ginsberg_____

19     David N. Goulder                    David J. Ginsberg

20     *Of Attorneys for Plaintiff*          *Of Attorneys for Defendant*
       *Nikko Materials USA, Inc., dba*      *NavCom Defense Electronics, Inc.*

21     *Gould Electronics*

22

23

24

25

26

27

28