DAVID N. GOULDER (Oregon State Bar No. 79496)
 dgoulder@landye-bennett.com
DAVID L. BLOUNT (Oregon State Bar No. 80458)
 dblount@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
Telephone:  (503) 224-4100
Facsimile:   (503) 224-4133

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC.,
dba GOULD ELECTRONICS**

THOMAS M. ABBOTT (SBN 113288)
 tabbott@mckennalong.com
SUSAN A. MITCHELL (SBN 101114)
 smitchell@mckennalong.com
DAVID J. GINSBERG (SBN 239419)
 dginsberg@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba, GOULD ELECTRONICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>NAVCOM DEFENSE ELECTRONICS, INC., a corporation; ERNEST JARVIS, an individual; and HYRUM JARVIS, an individual, <br><br>Defendants. | CASE NO. CV 05-4158 JFW (VBKx) <br><br>**JUDGMENT** <br><br>Judge: Hon. John F. Walter <br><br>Declaratory Judgment Entered: April 26, 2007 <br><br>Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008 <br><br>9th Circuit Mandate: June 3, 2009 |

McKenna Long &
Aldridge LLP
Los Angeles

JUDGMENT (PROPOSED) - CV 05-4158 JFW (VBKx)

LA:17987659.1

Pursuant to the Declaratory Judgment entered herein on August 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom Defense Electronics, Inc. in the amount of $73,610.03, plus interest thereon at the rate of $1.57 per diem from the date of entry of the judgment until paid.

DATED this  17  day of October, 2012.

                                      John F. Walter /s/
                                      United States District Judge

IT IS SO STIPULATED:

| LANDYE BENNETT BLUMSTEIN LLP | MCKENNA LONG & ALDRIDGE |
|---|---|
| By /s/ David Goulder<br>David N. Goulder<br>*Of Attorneys for Plaintiff*<br>*Nikko Materials USA, Inc., dba*<br>*Gould Electronics* | By /s/ David J. Ginsberg<br>David J. Ginsberg<br>*Of Attorneys for Defendant*<br>*NavCom Defense Electronics, Inc.* |