David N. Goulder, OSB 79496
dgoulder@landye-bennett.com
David L. Blount, OSB 80458
dblount@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
T: (503) 224-4100/F: (503) 224-4133

Closed

Attorneys for Plaintiff
NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS, | Case No.: CV05-4158-JFW (VBKx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| | **Judge: Hon. John F. Walter** |
| vs. | **Declaratory Judgment Entered: April 26, 2007** |
| NAVCOM DEFENSE ELECTRONICS INC., et. al., | **Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008** |
| Defendants. | **9th Circuit Mandate: June 3, 2009** |

   Pursuant to the Declaratory Judgment entered herein on August 26, 2007, and the stipulation of the parties hereto,

   NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

   Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant

////////
////////
////////
//////

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --1

*08518-018/Gould v. NavCom - Judgment (proposed).doc*

1  NavCom Defense Electronics, Inc. in the amount of $33,045.04, plus interest
2  thereon at the rate of $0.71 per diem from the date of entry of the judgment until
3  paid.

5      DATED this 30th day of January, 2013.

8                          United States District Judge

10 IT IS SO STIPULATED:

12 LANDYE BENNETT BLUMSTEIN LLP     MCKENNA LONG & ALDRIDGE

14 By _____/S/_____     By _____/S/_____
    David N. Goulder                          David J. Ginsberg
15    *Of Attorneys for Plaintiff*               *Of Attorneys for Defendant*
16    *Nikko Materials USA, Inc., dba*      *NavCom Defense Electronics, Inc.*
    *Gould Electronics*

LANDYE BENNETT BLUMSTEIN LLP     JUDGMENT --2
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201                                                                                                                 *08518-018/Gould v.*
T:  (503) 224-4100/F:  (503) 224-4133      *NavCom - Judgment (proposed).doc*