David N. Goulder, OSB 79496
dgoulder@landye-bennett.com
David L. Blount, OSB 80458
dblount@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
T: (503) 224-4100/F: (503) 224-4133

Attorneys for Plaintiff
NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS

Closed

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS,<br><br>  Plaintiff,<br><br>  vs.<br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al.,<br><br>  Defendants. | Case No.: CV05-4158-JFW (VBKx)<br><br>**JUDGMENT**<br><br>**Judge: Hon. John F. Walter**<br><br>**Declaratory Judgment Entered: April 26, 2007**<br><br>**Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008**<br><br>**9th Circuit Mandate: June 3, 2009** |

Pursuant to the Declaratory Judgment entered herein on August 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant

////////
////////
////////
//////

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --1

08518-018/Gould v.
NavCom - Judgment (proposed).doc

1  NavCom Defense Electronics, Inc. in the amount of $33,045.04, plus interest
2  thereon at the rate of $0.71 per diem from the date of entry of the judgment until
3  paid.

5        DATED this 30th day of January, 2013.

8                              _____
                                   United States District Judge

10  IT IS SO STIPULATED:

12  LANDYE BENNETT BLUMSTEIN LLP        MCKENNA LONG & ALDRIDGE

14  By _____/S/_____       By _____/S/_____
        David N. Goulder                     David J. Ginsberg
15      *Of Attorneys for Plaintiff*         *Of Attorneys for Defendant*
16      *Nikko Materials USA, Inc., dba*     *NavCom Defense Electronics, Inc.*
        *Gould Electronics*