DAVID N. GOULDER (Oregon State Bar No. 79496)
  dgoulder@landye-bennett.com
DAVID L. BLOUNT (Oregon State Bar No. 80458)
  dblount@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
Telephone:  (503) 224-4100
Facsimile:   (503) 224-4133

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC.,**
**dba GOULD ELECTRONICS**

THOMAS M. ABBOTT (SBN 113288)                    closed
  tabbott@mckennalong.com
SUSAN A. MITCHELL (SBN 101114)
  smitchell@mckennalong.com
DAVID J. GINSBERG (SBN 239419)
  dginsberg@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC.,<br>dba, GOULD ELECTRONICS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>NAVCOM DEFENSE<br>ELECTRONICS, INC., a corporation;<br>ERNEST JARVIS, an individual; and<br>HYRUM JARVIS, an individual,<br><br>                    Defendants. | CASE NO. CV 05-4158 JFW (VBKx)<br><br>**JUDGMENT**<br><br>Judge:  Hon. John F. Walter<br><br>Declaratory Judgment Entered:<br>     April 26, 2007<br><br>Declaratory Judgment Affirmed<br>     by Ninth Circuit:  August 19, 2008<br><br>9th Circuit Mandate:  June 3, 2009 |

1    Pursuant to the Declaratory Judgment entered herein on August 26, 2007,

2    and the stipulation of the parties hereto,

3    NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED

4    that:

5    Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA,

6    Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom

7    Defense Electronics, Inc. in the amount of $149,666.86, plus interest thereon at the

8    rate of $3.20 per diem from the date of entry of the judgment until paid.

9

10   DATED this 2nd day of April, 2013.

11

12   _____
     United States District Judge

13

14   IT IS SO STIPULATED:

15

16   LANDYE BENNETT BLUMSTEIN LLP        MCKENNA LONG & ALDRIDGE

17

18   By /s/ David L. Blount                By /s/ David J. Ginsberg
19      David L. Blount                       David J. Ginsberg
        *Of Attorneys for Plaintiff*          *Of Attorneys for Defendant*
20      *Nikko Materials USA, Inc., dba*      *NavCom Defense Electronics, Inc.*
21      *Gould Electronics*

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
LOS ANGELES

2

LA:18031035.1