David N. Goulder (OSB #79496)
dgoulder@landye-bennett.com
David L. Blount (OSB #80458)
dblount@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
Telephone: (503) 224-4100
Facsimile: (503) 224-4133

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC.,
dba GOULD ELECTRONICS**

THOMAS M. ABBOTT (SBN 113288)
tabbott@mckennalong.com
SUSAN A. MITCHELL (SBN 101114)
smitchell@mckennalong.com
DAVID J. GINSBERG (SBN 239419)
dginsberg@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS, INC.**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al.,<br><br>                    Defendants. | Case No.: CV05-4158-JFW (VBKx)<br><br>**JUDGMENT**<br><br>Judge: Hon. John F. Walter<br><br>Declaratory Judgment Entered: April 26, 2007<br><br>Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008<br><br>9th Circuit Mandate: June 3, 2009 |

Pursuant to the Declaratory Judgment entered herein on August 26, 2007, and the stipulation of the parties hereto,

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T:  (503) 224-4100/F:  (503) 224-4133

JUDGMENT

*08518-018/725090.doc*

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom Defense Electronics, Inc. in the amount of $371,633.78, plus interest thereon at the rate of $7.94 per diem from the date of entry of the judgment until paid.

DATED this 17th day of June, 2013.

_____
United States District Judge

IT IS SO STIPULATED:

| LANDYE BENNETT BLUMSTEIN LLP | MCKENNA LONG & ALDRIDGE |
|---|---|
| By:  /s/ David N. Goulder | By:  /s/ David J. Ginsberg |
| David N. Goulder | David J. Ginsberg |
| *Of Attorneys for Plaintiff* | *Of Attorneys for Defendant* |
| *Nikko Materials USA, Inc., dba* | *NavCom Defense Electronics, Inc.* |
| *Gould Electronics* | |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T:  (503) 224-4100/F:  (503) 224-4133

JUDGMENT

*08518-018/725090.doc*