1  David N. Goulder (OSB #79496)
   dgoulder@landye-bennett.com
2  David L. Blount (OSB #80458)
   dblount@landye-bennett.com
3  LANDYE BENNETT BLUMSTEIN LLP
   3500 Wells Fargo Center
4  1300 SW Fifth Avenue
   Portland, Oregon 97201
5  Telephone: (503) 224-4100
   Facsimile: (503) 224-4133

6  Attorneys for Plaintiff
   **NIKKO MATERIALS USA, INC.,**
7  **dba GOULD ELECTRONICS**

8

9  THOMAS M. ABBOTT (SBN 113288)
   tabbott@mckennalong.com
   SUSAN A. MITCHELL (SBN 101114)
10 smitchell@mckennalong.com
   DAVID J. GINSBERG (SBN 239419)
11 dginsberg@mckennalong.com
   McKENNA LONG & ALDRIDGE LLP
12 300 South Grand Avenue, 14th Floor
   Los Angeles, CA 90071
13 Telephone: (213) 688-1000
   Facsimile: (213) 243-6330
14
   Attorneys for Defendant
15 **NAVCOM DEFENSE ELECTRONICS, INC.**

16

17            IN THE UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS,<br><br>              Plaintiff,<br><br>     vs.<br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al.,<br><br>              Defendants. | Case No.: CV05-4158-JFW (VBKx)<br>**JUDGMENT**<br>Judge: Hon. John F. Walter<br>Declaratory Judgment Entered: April 26, 2007<br>Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008<br>9th Circuit Mandate: June 3, 2009 |

27         Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and
28 the stipulation of the parties hereto,

---

LANDYE BENNETT BLUMSTEIN LLP          JUDGMENT
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201                                              *08518-018/725090.doc*
T: (503) 224-4100/F: (503) 224-4133

1   NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED
2   that:
3   Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA,
4   Inc. dba Gould Electronics, is hereby awarded judgment against defendant
5   NavCom Defense Electronics, Inc. in the amount of $525,306.37, plus interest
6   thereon at the rate of $11.23 per diem from the date of entry of the judgment until
7   paid.
8   DATED this 8th day of August, 2013.

_____
United States District Judge

IT IS SO STIPULATED:

LANDYE BENNETT BLUMSTEIN LLP          MCKENNA LONG & ALDRIDGE


By:   /s/ David N. Goulder                    By:   /s/ David J. Ginsberg
    David N. Goulder                              David J. Ginsberg
    *Of Attorneys for Plaintiff*                  *Of Attorneys for Defendant*
    *Nikko Materials USA, Inc., dba*              *NavCom Defense Electronics, Inc.*
    *Gould Electronics*