| | |
|---|---|
| 1 | RICHARD S. YUGLER (OSB 80416) |
| | ryugler@lbblawyers.com |
| 2 | DAVID L. BLOUNT (OSB 80458) |
| | dblount@lbblawyers.com |
| 3 | DAVID N. GOULDER (OSB 79496) |
| | dgoulder@lbblawyers.com |
| 4 | CONDE T. COX (OSB 090977) |
| | ccox@lbblawyers.com |
| 5 | LANDYE BENNETT BLUMSTEIN LLP |
| | 3500 Wells Fargo Center |
| 6 | 1300 SW Fifth Avenue |
| | Portland, Oregon 97201 |
| 7 | T: (503) 224-4100/F: (503) 224-4133 |

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS**

THOMAS M. ABBOTT (SBN 113288)
tabbott@mckennalong.com
SUSAN A. MITCHELL (SBN 101114)
smitchell@mckennalong.com
DAVID J. GINSBERG (SBN 239419)
dginsberg@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
T: (213) 688-1000/F: (213) 243-6330

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS, INC.**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS, | Case No.: CV05-4158-JFW (VBKx) |
| Plaintiff, | **JUDGMENT** |
| | Judge: Hon. John F. Walter |
| vs. | **Declaratory Judgment Entered:** |
| | **April 26, 2007** |
| NAVCOM DEFENSE ELECTRONICS INC., et. al., | **Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008** |
| Defendants. | **Ninth Circuit Mandate:** |
| | **June 3, 2009** |
| | **Money Judgments Entered:** |
| | **November 3, 2011** |
| | **Money Judgment Affirmed By Ninth Circuit: July 26, 2013** |
| | **Ninth Circuit Mandate:** |
| | **September 4, 2013** |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --1

*08518-018/Judgment sept 2013.doc*

Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom Defense Electronics, Inc. in the amount of $223,088.80, plus interest thereon at the rate of $4.77 per diem from the date of entry of the judgment until paid.

DATED this 20th day of September, 2013.

_____
United States District Judge

IT IS SO STIPULATED:

LANDYE BENNETT BLUMSTEIN LLP            MCKENNA LONG & ALDRIDGE

By:    /s/ David N. Goulder                By:    /s/ David J. Ginsberg
   David N. Goulder                           David J. Ginsberg
   *Of Attorneys for Plaintiff*                *Of Attorneys for Defendant*
   *Nikko Materials USA, Inc., dba*           *NavCom Defense Electronics, Inc.*
   *Gould Electronics*

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T:  (503) 224-4100/F:  (503) 224-4133

JUDGMENT --2

*08518-018/Judgment sept 2013.doc*