1  RICHARD S. YUGLER (OSB 80416)
   ryugler@lbblawyers.com
2  DAVID L. BLOUNT (OSB 80458)
   dblount@lbblawyers.com
3  DAVID N. GOULDER (OSB 79496)
   dgoulder@lbblawyers.com
4  CONDE T. COX (OSB 090977)
   ccox@lbblawyers.com
5  LANDYE BENNETT BLUMSTEIN LLP
   3500 Wells Fargo Center
6  1300 SW Fifth Avenue
   Portland, Oregon 97201
7  T: (503) 224-4100/F: (503) 224-4133

8  Attorneys for Plaintiff
   **NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS**

9

10 THOMAS M. ABBOTT (SBN 113288)
   tabbott@mckennalong.com
11 SUSAN A. MITCHELL (SBN 101114)
   smitchell@mckennalong.com
12 McKENNA LONG & ALDRIDGE LLP
   300 South Grand Avenue, 14th Floor
13 Los Angeles, CA 90071
   T: (213) 688-1000/F: (213) 243-6330

14 DAVID J. GINSBERG (SBN 239419)
   dginsberg@crowell.com
15 CROWELL & MORING LLP
   515 S. Flower Street, 40th Floor
16 Los Angeles, CA  90071
   T: (213) 622-4750/F: (213) 622-2690

17

18 Attorneys for Defendant
   **NAVCOM DEFENSE ELECTRONICS, INC.**

19

20                      IN THE UNITED STATES DISTRICT COURT
                          CENTRAL DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS,<br><br>             Plaintiff,<br><br>    vs.<br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al.,<br><br>             Defendants. | Case No.: CV05-4158-JFW (VBKx)<br><br>**JUDGMENT**<br><br>**Judge:  Hon. John F. Walter**<br><br>**Declaratory Judgment Entered:<br>April 26, 2007**<br><br>**Declaratory Judgment Affirmed<br>by Ninth Circuit:  August 19, 2008**<br><br>**Ninth Circuit Mandate:<br>June 3, 2009** |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T:  (503) 224-4100/F:  (503) 224-4133

JUDGMENT --1

*08518-018/Proposed*

*Judgment.doc*


|   |   |
|---|---|
|   | ) **Money Judgments Entered: November 3, 2011** |
|   | ) |
|   | ) **Money Judgment Affirmed By Ninth Circuit: July 26, 2013** |
|   | ) |
|   | ) **Ninth Circuit Mandate: September 4, 2013** |
|   | ) |

Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom Defense Electronics, Inc. in the amount of $276,689.47, plus interest thereon at the rate of $ 5.91 per diem from the date of entry of the judgment until paid.

DATED this 16th day of October, 2013.

_____
United States District Judge

IT IS SO STIPULATED:

LANDYE BENNETT BLUMSTEIN LLP          CROWELL & MORING LLP

By:  /s/ David L. Blount                              By:  /s/ David J. Ginsberg
   David L. Blount                                        David J. Ginsberg
   *Of Attorneys for Plaintiff*                      *Of Attorneys for Defendant*
   *Nikko Materials USA, Inc., dba*              *NavCom Defense Electronics, Inc.*
   *Gould Electronics*

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --2

08518-018/Proposed
Judgment.doc