RICHARD S. YUGLER (OSB 80416)
ryugler@lbblawyers.com
DAVID L. BLOUNT (OSB 80458)
dblount@lbblawyers.com
DAVID N. GOULDER (OSB 79496)
dgoulder@lbblawyers.com
CONDE T. COX (OSB 090977)
ccox@lbblawyers.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
T: (503) 224-4100/F: (503) 224-4133

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS**

THOMAS M. ABBOTT (SBN 113288)
tabbott@mckennalong.com
SUSAN A. MITCHELL (SBN 101114)
smitchell@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
T: (213) 688-1000/F: (213) 243-6330

DAVID J. GINSBERG (SBN 239419)
dginsberg@crowell.com
CROWELL & MORING LLP
515 S. Flower Street, 40th Floor
Los Angeles, CA  90071
T: (213) 622-4750/F: (213) 622-2690

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS, INC.**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS,<br><br>            Plaintiff,<br><br>   vs.<br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al.,<br><br>            Defendants. | Case No.: CV05-4158-JFW (VBKx)<br><br>**JUDGMENT**<br><br>**Judge:  Hon. John F. Walter**<br><br>**Declaratory Judgment Entered: April 26, 2007**<br><br>**Declaratory Judgment Affirmed by Ninth Circuit:  August 19, 2008**<br><br>**Ninth Circuit Mandate: June 3, 2009** |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T:  (503) 224-4100/F:  (503) 224-4133

JUDGMENT --1

*08518-018/Judgment (proposed).doc*

|   |   |
|---|---|
|   | ) Money Judgment Entered:<br>) November 3, 2011<br>)<br>) Money Judgment Affirmed By<br>) Ninth Circuit: July 26, 2013<br>)<br>) Ninth Circuit Mandate:<br>) September 4, 2013<br>) |

Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom Defense Electronics, Inc. in the amount of $400,195.76, plus interest thereon at the rate of $8.55 per diem from the date of entry of the judgment until paid.

DATED this 4th day of November, 2013.

_____
United States District Judge

IT IS SO STIPULATED:

LANDYE BENNETT BLUMSTEIN LLP          CROWELL & MORING LLP

By:  /s/ David N. Goulder              By:  /s/ David J. Ginsberg
    David N. Goulder                        David J. Ginsberg
    *Of Attorneys for Plaintiff*            *Of Attorneys for Defendant*
    *Nikko Materials USA, Inc., dba*        *NavCom Defense Electronics, Inc.*
    *Gould Electronics*

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --2

*08518-018/Judgment
(proposed).doc*