1  RICHARD S. YUGLER (OSB 80416)
   ryugler@lbblawyers.com
2  DAVID L. BLOUNT (OSB 80458)
   dblount@lbblawyers.com
3  DAVID N. GOULDER (OSB 79496)
   dgoulder@lbblawyers.com
4  CONDE T. COX (OSB 090977)
   ccox@lbblawyers.com
5  LANDYE BENNETT BLUMSTEIN LLP
   3500 Wells Fargo Center
6  1300 SW Fifth Avenue
   Portland, Oregon 97201
7  T: (503) 224-4100/F: (503) 224-4133

8  Attorneys for Plaintiff
   **NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS**

9
10 DAVID J. GINSBERG (SBN 239419)
   dginsberg@crowell.com
11 CROWELL & MORING LLP
   515 S. Flower Street, 40th Floor
12 Los Angeles, CA 90071
   T: (213) 622-4750/F: (213) 622-2690

13 Attorneys for Defendant
   **NAVCOM DEFENSE ELECTRONICS, INC.**

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS,<br><br>                    Plaintiff,<br><br>       vs.<br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al.,<br><br>                    Defendants. | Case No.: CV05-4158-JFW (VBKx)<br><br>**JUDGMENT**<br><br>**Judge:  Hon. John F. Walter**<br><br>**Declaratory Judgment Entered:<br>April 26, 2007**<br><br>**Declaratory Judgment Affirmed<br>by Ninth Circuit:  August 19, 2008**<br><br>**Ninth Circuit Mandate:<br>June 3, 2009**<br><br>**Money Judgment Entered:<br>November 3, 2011**<br><br>**Money Judgment Affirmed By<br>Ninth Circuit: July 26, 2013**<br><br>**Ninth Circuit Mandate:<br>September 4, 2013** |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --1

*(proposed).doc*

08518-018/Judgment

1  Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom Defense Electronics, Inc. in the amount of $319,326.56, plus interest thereon at the rate of $7.09 per diem from the date of entry of the judgment until paid.

DATED this 17th day of December, 2013.

_____
United States District Judge

IT IS SO STIPULATED:

| LANDYE BENNETT BLUMSTEIN LLP | CROWELL & MORING LLP |
|---|---|
| By: /s/ David L. Blount | By: /s/ David J. Ginsberg |
| David L. Blount | David J. Ginsberg |
| *Of Attorneys for Plaintiff* | *Of Attorneys for Defendant* |
| *Nikko Materials USA, Inc., dba* | *NavCom Defense Electronics, Inc.* |
| *Gould Electronics* | |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --2

*08518-018/Judgment (proposed).doc*