RICHARD S. YUGLER (OSB 80416)
ryugler@lbblawyers.com
DAVID L. BLOUNT (OSB 80458)
dblount@lbblawyers.com
DAVID N. GOULDER (OSB 79496)
dgoulder@lbblawyers.com
CONDE T. COX (OSB 090977)
ccox@lbblawyers.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
T: (503) 224-4100/F: (503) 224-4133

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS**

DAVID J. GINSBERG (SBN 239419)
dginsberg@crowell.com
CROWELL & MORING LLP
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071
T: (213) 622-4750/F: (213) 622-2690

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS, INC.**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS, <br><br> Plaintiff, <br><br> vs. <br><br> NAVCOM DEFENSE ELECTRONICS INC., et. al., <br><br> Defendants. | Case No.: CV05-4158-JFW (VBKx) <br><br> **JUDGMENT** <br><br> **Judge: Hon. John F. Walter** <br><br> **Declaratory Judgment Entered: April 26, 2007** <br><br> **Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008** <br><br> **Ninth Circuit Mandate: June 3, 2009** <br><br> **Money Judgment Entered: November 3, 2011** <br><br> **Money Judgment Affirmed By Ninth Circuit: July 26, 2013** <br><br> **Ninth Circuit Mandate: September 4, 2013** |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --1

08518-018/762724.doc

Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom Defense Electronics, Inc. in the amount of $545,294.23, plus interest thereon at the rate of $12.10 per diem from the date of entry of the judgment until paid.

DATED this 7th day of January, 2014.

_____
United States District Judge

IT IS SO STIPULATED:

| LANDYE BENNETT BLUMSTEIN LLP | CROWELL & MORING LLP |
|---|---|
| By: /s/ David L. Blount | By: /s/ David J. Ginsberg |
| David L. Blount | David J. Ginsberg |
| *Of Attorneys for Plaintiff* | *Of Attorneys for Defendant* |
| Nikko Materials USA, Inc., dba Gould Electronics | NavCom Defense Electronics, Inc. |

LAACTIVE-601406890.1

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --2

*08518-018/762724.doc*