1  RICHARD S. YUGLER (OSB #80416)
   ryugler@lbblawyers.com
2  DAVID L. BLOUNT (OSB #80458)
   dblount@lbblawyers.com
3  DAVID N. GOULDER (OSB #79496)
   dgoulder@lbblawyers.com
4  CONDE T. COX (OSB #090977)
   ccox@lbblawyers.com
5  LANDYE BENNETT BLUMSTEIN LLP
   3500 Wells Fargo Center
6  1300 SW Fifth Avenue
   Portland, Oregon 97201
7  T: (503) 224-4100/F: (503) 224-4133

8  Attorneys for Plaintiff
   **NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS**

9
   DAVID J. GINSBERG (SBN 239419)
10 dginsberg@crowell.com
   CROWELL & MORING LLP
11 515 S. Flower Street, 40th Floor
   Los Angeles, CA  90071
12 T: (213) 622-4750/F: (213) 622-2690

13 Attorneys for Defendant
   **NAVCOM DEFENSE ELECTRONICS, INC.**
14

15            IN THE UNITED STATES DISTRICT COURT
16               CENTRAL DISTRICT OF CALIFORNIA

17 NIKKO MATERIALS USA, INC., dba
   GOULD ELECTRONICS,                    Case No.: CV05-4158-JFW (VBKx)
18
                                         **JUDGMENT**
19                   Plaintiff,
                                         **Judge:  Hon. John F. Walter**
20   vs.
                                         **Declaratory Judgment Entered:
21                                       April 26, 2007**
   NAVCOM DEFENSE ELECTRONICS
22 INC., et. al.,                        **Declaratory Judgment Affirmed
                                         by Ninth Circuit:  August 19, 2008**
23
                     Defendants.         **Ninth Circuit Mandate:
24                                       June 3, 2009**

25                                       **Money Judgment Entered:
                                         November 3, 2011**
26
                                         **Money Judgment Affirmed By
27                                       Ninth Circuit: July 26, 2013**

28                                       **Ninth Circuit Mandate:
                                         September 4. 2013**

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500        JUDGMENT --1
Portland, OR  97201                                              *08518-018/765894.doc*
T:  (503) 224-4100/F: (503) 224-4133

1    Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and
2 the stipulation of the parties hereto,
3    NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED
4 that:
5    Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA,
6 Inc. dba Gould Electronics, is hereby awarded judgment against defendant
7 NavCom Defense Electronics, Inc. in the amount of $482,855.09, plus interest
8 thereon at the rate of $10.72 per diem from the date of entry of the judgment until
9 paid.
10    DATED this 24th day of January, 2014.

_____
United States District Judge

IT IS SO STIPULATED:

LANDYE BENNETT BLUMSTEIN LLP        CROWELL & MORING LLP

By:  /s/ David N. Gouler                By:  /s/ David J. Ginsberg
   David N. Goulder                         David J. Ginsberg
   *Of Attorneys for Plaintiff*             *Of Attorneys for Defendant*
   *Nikko Materials USA, Inc., dba*         *NavCom Defense Electronics, Inc.*
   *Gould Electronics*

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T:  (503) 224-4100/F:  (503) 224-4133

JUDGMENT --2

*08518-018/765894.doc*