CROWELL & MORING LLP
David J. Ginsberg (CSB No. 239419)
dginsberg@crowell.com
Nathanial J. Wood (CSB No. 223547)
nwood@crowell.com
Thomas Koegel (CSB 125852)
tkoegel@crowell.com
Agustin D. Orozco (CSB 271852)
aorozco@crowell.com
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant,
NAVCOM DEFENSE ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOULD ELECTRONICS INC.,<br><br>Plaintiff,<br><br>v.<br><br>NAVCOM DEFENSE ELECTRONICS, INC.; CLIFFORD C. CHRIST, L. GUY HECKER, JR., WILLIAM W. BELCHER, HARRY A. CAUNTER, WAYNE R. KETTERLING, FRANK T. SCALFARO, WILLIAM SNYDER, JAMES VAN CLEAVE, and MALCOLM WINTER,<br><br>Defendants. | Case No. 2:05-cv-04158-JFW-VBKx<br><br>**DECLARATION OF DAVID J. GINSBERG IN SUPPORT OF NAVCOM DEFENSE ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  April 7, 2014<br>Time: 1:30 pm<br>Ctrm: 16 – Spring Street<br><br>1st Amended Supplemental<br>Complaint filed:    January 24, 2014<br>Discovery Cutoff:  August 18, 2014<br>Motion Cutoff:       September 8, 2014<br>Trial Date:              October 21, 2014<br><br>Judge:       Honorable John F. Walter |

I, DAVID J. GINSBERG, declare as follows:

1.      I am an attorney at law duly licensed to practice before all the courts in the State of California, and the United States District Court for the Central District of California.  I am a partner in the law firm of Crowell & Moring LLP, counsel of record for Defendant NavCom Defense Electronics, Inc. ("NavCom") herein.  I am the attorney responsible for the litigation of the above-entitled case, and, as such, have personal knowledge of the contents of our files as it pertains to the issues and facts presented in this declaration, and could and would testify competently thereto if called on as a witness to do so.

2.      This declaration is made in support of NavCom's Motion for Partial Summary Judgment (the "MSJ").

3.      Attached hereto as Exhibit 1 is a true and correct copy of a letter from Robert Grantham, an attorney at Hoffman & Grantham LLP and counsel of record for Plaintiff Gould Electronics Inc. ("Gould") in this action, to Thomas Abbott at McKenna Long & Aldridge LLP, former counsel of record for NavCom in this action, dated June 20, 2005.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a letter from David Goulder, P.C., counsel of record for Plaintiff Gould in this action, to Thomas Abbott at McKenna Long & Aldridge LLP dated August 6, 2007.

5.      Attached hereto as Exhibit 3 is a true and correct copy of a letter from David Blount, an attorney at Landye Bennett Blumstein LLP and counsel of record for Plaintiff Gould in this action, with attachments to Thomas Abbott at McKenna Long & Aldridge LLP dated August 30, 2008.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of David Goulder in Support of Plaintiff's Motion to Reopen Case and Enforce Judgment with exhibits dated March 13, 2009 filed as docket number 435 in this action.

7.      Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff's Supplemental Memorandum in Support of Motion to Enforce Judgment dated March 11, 2010, and filed as docket number 542-4 in this action.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a letter from David Goulder P.C. to David Ginsberg at McKenna Long & Aldridge LLP dated January 3, 2012.

9.      Attached hereto as Exhibit 7 is a true and correct copy of a letter from David Ginsberg at McKenna Long & Aldridge LLP to David Goulder dated January 23, 2012.

10.     Attached hereto as Exhibit 8 is a true and correct copy of a letter from David Goulder P.C. to David Ginsberg at McKenna Long & Aldridge LLP dated January 30, 2012.

11.     Attached hereto as Exhibit 9 is a true and correct copy of Plaintiff's Motion for Discovery Regarding Proceeds from 2007 Sale of NavCom Real Property, with attachments, including the Declaration of David Goulder in support of the motion, dated March 20, 2012, and filed as docket number 542-8 in this action.

12.     Attached hereto as Exhibit 10 is a true and correct copy of the Report and Recommendation of the Special Master No. 5 re: Plaintiff's Post Judgment Request for Production dated August 2, 2012, and filed as docket number 542-13 in this action.

I declare under penalty of perjury under the laws of the United States of America that the above facts are true and correct.

Executed this 10 day of March, 2014, at Los Angeles, California.

                                    _/s/ David J. Ginsberg_
                                    David J. Ginsberg

LAACTIVE-601455935.1