1  Richard S. Yugler, OSB No. 80416
   ryugler@lbblawyers.com
2  David L. Blount, OSB No. 80458
   dblount@lbblawyers.com
3  David N. Goulder, OSB No. 79496
   dgoulder@lbblawyers.com
4  Conde T. Cox, OSB No. 090977
   ccox@lbblawyers.com
5  LANDYE BENNETT BLUMSTEIN LLP
   3500 Wells Fargo Center
6  1300 SW Fifth Avenue
   Portland, Oregon 97201
7  T: (503) 224-4100/F: (503) 224-4133

8  Robert A. Grantham, Bar No. 100808
   rgrantham@hoffmangrantham.com
9  HOFFMAN & GRANTHAM LLP
   515 S. Flower St., 36th Floor
10 Los Angeles, CA  90071-2221
   T: (213) 236-3777 /F: (626) 765-6938

11
   Attorneys for Plaintiff
12 GOULD ELECTRONICS INC.

13

14              IN THE UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
15
   GOULD ELECTRONICS INC.,        )
16                                )
                                  )
17              Plaintiff,        )   Case No.: CV05-4158-JFW (VBKx)
                                  )
18     vs.                        )   **DECLARATION OF DAVID N.**
                                  )   **GOULDER IN SUPPORT OF**
19                                )   **GOULD'S MEMORANDUM IN**
   NAVCOM DEFENSE ELECTRONICS     )   **OPPOSITION TO NDE'S**
20 INC., CLIFFORD C. CHRIST, ET. AL. )  **MOTION FOR PARTIAL**
                                  )   **SUMMARY JUDGMENT**
21                                )
                Defendants.       )   Date:  April 7, 2014
22                                )   Time: 1:30 pm
                                  )   Ctrm: 16 – Spring Street
23                                )
                                  )
24                                )   1st Amended Supplemental
                                  )   Complaint filed:    January 24, 2014
25                                )   Discovery Cutoff: August 18, 2014
                                  )   Motion Cutoff:     September 8, 2014
26                                )   Trial Date:          October 21, 2014
                                  )
27 ─────────────────────────────

28

LANDYE BENNETT BLUMSTEIN LLP                    Declaration of David N. Goulder in Support of Gould's
1300 SW Fifth Avenue, Suite 3500                Memorandum in Opposition to NDE's Motion for Partial
Portland, OR  97201                             Summary Judgment - 1    *08518-028/773063.doc*
T:(503)224-4100/F:(503) 224-4133

I, DAVID N. GOULDER, declare as follows:

1. I am a partner with the law firm of Landye Bennett Blumstein LLP, and one of the attorneys for Plaintiff in the above-captioned matter. I have been a principal attorney responsible for the litigation of this case in both the District Court and before the Special Master, and the lead attorney in all appellate proceedings in this case. I make this Declaration on the basis of personal knowledge in support of Gould's Opposition to NavCom's Motion for Partial Summary Judgment.

2. Attached hereto are true and correct copies of the following documents. Pursuant to the Court's procedures for submission of summary judgment evidence, exhibit numbers follow from Navcom's initial submission, and only relevant excerpts of documents are included when appropriate.

| |
|---|
| **Exh. 14**: Report/Recommendation of Special Master No. 5, re: Plaintiff's Post Judgment Request for Production, dated August 2, 2012 |
| **Exh. 15**: Report/Recommendation re: Issues of Judgment for Future Response Costs, dated May 2, 2010 |
| **Exh. 16**: Letter from Abbott to Grantham dated July 6, 2005 |
| **Exh. 17**:  Letter from Blount to Abbott dated May 10, 2007 |
| **Exh. 18**:  Letter from Blount to Abbott dated May 24, 2007 |
| **Exh. 19**: Abbott letter to Blount dated June 7, 2007 |
| **Exh. 20**: Goulder letter to Abbott dated August 6, 2007 |
| **Exh. 21**: Ninth Circuit Memorandum Decision, Case No. 07-55571, dated August 19, 2008 |
| **Exh. 22**: Blount letter to Abbott dated August 30, 2008 |
| **Exh. 23**: Ninth Circuit Order dated November 18, 2008, Case No. 07-55571 |
| **Exh. 24:** Blount letter to Abbott dated February 13, 2009 |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T:(503)224-4100/F:(503)224-4133

Declaration of David N. Goulder in Support of Gould's Memorandum in Opposition to NDE's Motion for Partial Summary Judgment - 2    *08518-028/773063.doc*

| | |
|---|---|
| **Exh. 25**: Abbott letter to Blount dated March 13, 2009 | |
| **Exh. 26**: Blount letter to Abbott dated March 17, 2009 | |
| **Exh. 27**: Reporter's Transcript of Proceedings on Plaintiff's Motion to Reopen Case and Enforce Declaratory Judgment, April 13, 2009 | |
| **Exh. 28**: Ninth Circuit Order dated May 26, 2009, Case No. 07-55571 | |
| **Exh. 29**: Ninth Circuit Mandate dated June 3, 2009, Case Nos. 07-55571, 55811 | |
| **Exh. 30**: Reporter's Transcript of Proceedings, Status Conference, June 29, 2009 | |
| **Exh. 31**: Order Appointing Special Master, dated January 4, 2010 | |
| **Exh. 32**: Amended Order Appointing Special Master, dated January 13, 2010 | |
| **Exh. 33**: Audited Financial Statement of Navcom Defense Electronics for Years Ended December 31, 2007 and 2006 | |
| **Exh. 34**: Audited Financial Statement of Navcom Defense Electronics for Years Ended December 31, 2008 and 2007 | |
| **Exh. 35**: Merrill Lynch transaction statement dated July 31, 2007 | |
| **Exh. 36**: Report/Recommendation of Special Master No. 3, re: Navcom's Motion to Consider Gould's Insurance Settlement in Calculation of Money Judgment, dated August 29, 2011 | |
| **Exh. 37**: Navcom's Reply re: Navcom's Motion for Court to Consider Gould's Insurance Settlements in Calculation of Money Judgment, dated December 21, 2010 | |
| **Exh. 38**: Reporter's Transcript of Proceedings (NDE's Motion for Court to Consider Insurance Settlements) dated January 3, 2011 | |
| **Exh. 39**: Gould's Sur-Reply re: NDE's Motion for Court to Consider Insurance Settlement, dated December 23, 2010 | |
| **Exh. 40**: Report/Recommendation of Special Master No. 2 re: Gould's Motion for Money Judgment for Response Costs, dated January 18, 2011 | |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T:(503)224-4100/F:(503)224-4133

Declaration of David N. Goulder in Support of Gould's Memorandum in Opposition to NDE's Motion for Partial Summary Judgment - 3     *08518-028/773063.doc*

| | |
|---|---|
| 1, 2 | **Exh. 41**: Order Accepting and Adopting Report/Recommendation of Special Master No. 2, dated February 28, 2011 |
| 3 | **Exh. 42**: E-mail from Goulder to Special Master Wagner dated March 2, 2011 |
| 4 | **Exh. 43**: Letter from Blount to Special Master Wagner dated July 1, 2011 |
| 5, 6 | **Exh. 44**: Gould's Motion for Leave to File Supplemental Memorandum and Supplemental Memorandum, dated August 18, 2011 |
| 7, 8 | **Exh. 45**: Navcom's Opposition to Gould's Motion for Leave to File Supplemental Memorandum and Supp. Memorandum, dated August 19, 2011 |
| 9, 10, 11 | **Exh. 46**: Order Accepting and Adopting Report/Recommendation of Special Master No. 3 re: Navcom's Motion to Consider Gould Insurance Settlements in Calculation of Money Judgment, dated October 20, 2011 |
| 12 | **Exh. 47**: Judgment dated November 3, 2011 |
| 13 | **Exh. 48**: Notice of Appeal dated November 15, 2011 |
| 14 | **Exh. 49**: Notice of Filing Supersedeas Bond, dated November 15, 2011 |
| 15 | **Exh. 50**: Goulder letter to Ginsberg dated January 3, 2012 |
| 16 | **Exh. 51**: Ginsberg letter to Goulder dated January 23, 2012 |
| 17 | **Exh. 52**: Letter from Goulder to Ginsberg dated January 30, 2012 |
| 18, 19 | **Exh. 53**: Plaintiff's Motion for Discovery re: Proceeds from 2007 Sale, dated March 20, 2012 |
| 20, 21 | **Exh. 54**: NDE's Opposition to Gould's Motion for Discovery re: Proceeds from 2007 Sale of Real Property, dated April 10, 2012 |
| 22, 23 | **Exh. 55**: NDE's Objections to Special Master's Report/Recommendation No. 5, dated August 24, 2012 |
| 24, 25, 26 | **Exh. 56**: Order Accepting and Adopting Report/Recommendation of Special Master No. 5 re: Plaintiff's Post Judgment Request for Production, dated September 7, 2012 |
| 27 | **Exh. 57**: Notice of Appeal dated September 17, 2012 |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T:(503)224-4100/F:(503)224-4133

Declaration of David N. Goulder in Support of Gould's Memorandum in Opposition to NDE's Motion for Partial Summary Judgment - 4     *08518-028/773063.doc*

| | |
|---|---|
| **Exh. 58**: Notice of Motion and Motion to Stay Enforcement of Court's September 27, 2012 Order Pending Appeal, dated September 24, 2012 | |
| **Exh. 59**: Memorandum in Support of Motion to Stay Enforcement of Court's September 7, 2012 Order Pending Appeal, dated September 24, 2012 | |
| **Exh. 60**: Appellant Navcom's Motion to Stay Enforcement, dated November 9, 2012, Ninth Circuit Case No. 12-56708 | |
| **Exh. 61**: Order dated January 23, 2013, Ninth Circuit Case No. 12-56708 | |
| **Exh. 62**: Appellant Navcom's Motion for Voluntary Dismissal, dated February 6, 2013, Ninth Circuit Case No. 12-56708 | |
| **Exh. 63**: Joint Stipulation re: Report and Recommendation of Special Master, dated May 11, 2010 | |
| **Exh. 64**: Audited Financial Statement of Navcom Defense Electronics for Years Ended December 31, 2009 and 2008 | |
| **Exh. 65**: Audited Financial Statement of Navcom Defense Electronics for Years Ended December 31, 2010 and 2009 | |
| **Exh. 66**: Audited Financial Statement of Navcom Defense Electronics for Years Ended December 31, 2011 and 2010 | |
| **Exh. 67**: Navcom's Response to First Request for Production Under Supplemental Complaint, dated January 21, 2014 | |
| **Exh. 68**: Memorandum Decision dated July 26, 2013, Ninth Circuit Case No. 11-57004 | |

3. As noted above, I was the attorney responsible for all appellate work in NDE's appeal from the Gould April 26, 2007 declaratory judgment in this case, and two other Ninth Circuit appeals in this case. NDE did not file a bond while its appeal of Gould's declaratory judgment was pending. The first time Gould ever received any security for payments due under its declaratory judgment was in November 2011, when NDE posted a supersedeas bond of $3,000,000 to stay

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T:(503)224-4100/F:(503)224-4133

Declaration of David N. Goulder in Support of Gould's Memorandum in Opposition to NDE's Motion for Partial Summary Judgment - 5     *08518-028/773063.doc*

execution on Gould's November 3, 2011 money judgment during the pendency of NDE's appeal from that money judgment.

4. As one of Gould's principal attorneys in this case, I evaluated Gould's options to determine what NDE had done with the net proceeds from the 2007 sale. I concluded that Gould's counsel could not file claims for fraudulent transfer against Navcom in compliance with the requirements of Federal Rules of Procedure 11 and 9(b) without discovery of Navcom's financial statements.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document is executed in Portland, Oregon, on March 17, 2013.

_____
David N. Goulder

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T:(503)224-4100/F:(503)224-4133

Declaration of David N. Goulder in Support of Gould's Memorandum in Opposition to NDE's Motion for Partial Summary Judgment - 6     08518-028/773063

# CERTIFICATE OF SERVICE

I hereby certify that I served the accompanying **DECLARATION OF DAVID N. GOULDER IN SUPPORT OF GOULD'S MEMORANDUM IN OPPOSITION TO NDE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on the following individuals:

David J. Ginsberg
Nathaniel Wood
Crowell & Moring LLP
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071
dginsberg@crowell.com
nwood@crowell.com

*Of Attorneys for Defendant William Snyder*

by the following indicated method or methods on the date set forth below:

☒ CM/ECF system transmission.

☐ E-mail.

☐ Facsimile communication device.

☒ U.S. Postal Service, regular mail, postage prepaid.

☐ Hand-delivery.

☐ Overnight courier, delivery prepaid.

Dated this 17th day of March, 2014.

LANDYE BENNETT BLUMSTEIN LLP

  /s/ Lee Ann Mead
Lee Ann Mead, Assistant to David N. Goulder
*Attorneys for Plaintiff Gould Electronics Inc.*

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T:(503)224-4100/F:(503)224-4133

Certificate of Service - 1    *08518-028/773063.doc*