RICHARD S. YUGLER (OSB #80416)
ryugler@lbblawyers.com
DAVID L. BLOUNT (OSB #80458)
dblount@lbblawyers.com
DAVID N. GOULDER (OSB #79496)
dgoulder@lbblawyers.com
CONDE T. COX (OSB #090977)
ccox@lbblawyers.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
T: (503) 224-4100/F: (503) 224-4133

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS**

DAVID J. GINSBERG (SBN 239419)
dginsberg@crowell.com
CROWELL & MORING LLP
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071
T: (213) 622-4750/F: (213) 622-2690

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS, INC.**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS, <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al., <br><br>　　　　　　　Defendants. | Case No.: CV05-4158-JFW (VBKx) <br><br>**JUDGMENT** <br><br>**Judge: Hon. John F. Walter** <br><br>**Declaratory Judgment Entered: April 26, 2007** <br><br>**Declaratory Judgment Affirmed by Ninth Circuit: August 19, 2008** <br><br>**Ninth Circuit Mandate: June 3, 2009** <br><br>**Money Judgment Entered: November 3, 2011** <br><br>**Money Judgment Affirmed By Ninth Circuit: July 26, 2013** <br><br>**Ninth Circuit Mandate: September 4, 2013** |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --1

08518-018/792276.doc

1    Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and
2 the stipulation of the parties hereto,
3    NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED
4 that:
5    Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA,
6 Inc. dba Gould Electronics, is hereby awarded judgment against defendant
7 NavCom Defense Electronics, Inc. in the amount of $479,745.07, plus interest
8 thereon at the rate of $10.65 per diem from the date of entry of the judgment until
9 paid.
10    DATED this 13TH day of May, 2014.

_____
United States District Judge

IT IS SO STIPULATED:

LANDYE BENNETT BLUMSTEIN LLP           CROWELL & MORING LLP


By:   /s/ David L. Blount                    By:   /s/ David J. Ginsberg
   David L. Blount                              David J. Ginsberg
   *Of Attorneys for Plaintiff*                 *Of Attorneys for Defendant*
   *Nikko Materials USA, Inc., dba*             *NavCom Defense Electronics, Inc.*
   *Gould Electronics*

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T:  (503) 224-4100/F:  (503) 224-4133

JUDGMENT --2

08518-018/792276.doc