RICHARD S. YUGLER (OSB #80416)
ryugler@lbblawyers.com
DAVID L. BLOUNT (OSB #80458)
dblount@lbblawyers.com
DAVID N. GOULDER (OSB #79496)
dgoulder@lbblawyers.com
CONDE T. COX (OSB #090977)
ccox@lbblawyers.com
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, Oregon 97201
T: (503) 224-4100/F: (503) 224-4133

Attorneys for Plaintiff
**NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS**

DAVID J. GINSBERG (SBN 239419)
dginsberg@crowell.com
CROWELL & MORING LLP
515 S. Flower Street, 40th Floor
Los Angeles, CA  90071
T: (213) 622-4750/F: (213) 622-2690

Attorneys for Defendant
**NAVCOM DEFENSE ELECTRONICS, INC.**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC., dba GOULD ELECTRONICS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NAVCOM DEFENSE ELECTRONICS INC., et. al.,<br><br>　　　　　　　Defendants. | Case No.: CV05-4158-JFW (VBKx)<br><br>**JUDGMENT**<br><br>**Judge:  Hon. John F. Walter**<br><br>**Declaratory Judgment Entered: April 26, 2007**<br><br>**Declaratory Judgment Affirmed by Ninth Circuit:  August 19, 2008**<br><br>**Ninth Circuit Mandate: June 3, 2009**<br><br>**Money Judgment Entered: November 3, 2011**<br><br>**Money Judgment Affirmed By Ninth Circuit: July 26, 2013**<br><br>**Ninth Circuit Mandate: September 4, 2013** |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR  97201
T:  (503) 224-4100/F:  (503) 224-4133

JUDGMENT --1

08518-018/799461.doc

1   Pursuant to the Declaratory Judgment entered herein on April 26, 2007, and the stipulation of the parties hereto,

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Plaintiff Gould Electronics Inc., formerly known as Nikko Materials USA, Inc. dba Gould Electronics, is hereby awarded judgment against defendant NavCom Defense Electronics, Inc. in the amount of $341,497.28, plus interest thereon at the rate of $7.58 per diem from the date of entry of the judgment until paid.

DATED this 12th day of June, 2014.

_____
United States District Judge

IT IS SO STIPULATED:

| LANDYE BENNETT BLUMSTEIN LLP | CROWELL & MORING LLP |
|---|---|
| By:  /s/ David L. Blount           David L. Blount           *Of Attorneys for Plaintiff*           *Nikko Materials USA, Inc., dba*           *Gould Electronics* | By:  /s/ David J. Ginsberg           David J. Ginsberg           *Of Attorneys for Defendant*           *NavCom Defense Electronics, Inc.* |

LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
T: (503) 224-4100/F: (503) 224-4133

JUDGMENT --2

*08518-018/799461.doc*