UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 05-4158-JFW (VBKx)**                                      Date:  June 26, 2014

Title:   Nikko Materials USA, Inc., dba Gould Electronics -v- Navcom Defense Electronics, Inc., et al.

**DOCKET ENTRY**

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   **Shannon Reilly**                                               **None Present**
   **Courtroom Deputy**                                         **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                        None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING CIVIL ACTION**

   In the Report of Settlement filed on June 23, 2014, Dkt. No. 736, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before September 22, 2014.  During this 90-day period, this Court retains full jurisdiction over this action.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.  All dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr